# APPENDIX B

1

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


ALLEN LEVIN,                        )  No. 03 C 2160
                                    )
            Plaintiff,              )  Chicago, Illinois
                                    )  September 15, 2004
       v.                           )  9:45 a.m.
                                    )
KLUEVER & PLATT, LLC,               )  Fairness Hearing
                                    )
            Defendant.              )
                                    )
                                    )


                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JOHN W. DARRAH

APPEARANCES:

For the Plaintiff:    EDELMAN, COMBS, LATTURNER
                      & GOODWIN, LLC, by
                      MR. FRANCIS RICHARD GREENE
                      120 South LaSalle Street - 18th Floor
                      Chicago, Illinois 60603

For the Defendant:    HINSHAW & CULBERTSON, by
                      MR. DAVID MATTHEW SCHULTZ
                      222 North LaSalle Street - Suite 300
                      Chicago, Illinois 60601



           Valarie Harris Ramsey - Official Court Reporter
              219 South Dearborn Street - Room 1212
                     Chicago, Illinois 60604
                          (312) 435-6891
```

1    THE CLERK: 03 C 2160, Levin versus Kluever & Platt.
2    MR. GREENE: Good morning, Your Honor. Francis
3 Greene for the plaintiff.
4    THE COURT: Good morning, Mr. Greene.
5    MR. SCHULTZ: David Schultz for defendant.
6    THE COURT: Good morning, Mr. Schultz.
7    I'm sorry for the delay, counsel.
8    I had looked at this. I reviewed the -- I read the
9 memorandum in support of the settlement agreement. I looked
10 at the settlement agreement itself. And you've also attached
11 a proposed order and additional material supporting the prayed
12 for relief as to attorney's fees and the like.
13    The final order I find is fair and reasonable, and I
14 find that the appropriate notice has been provided. I find
15 that the class is appropriate pursuant to Rule 23. I will
16 approve the terms and conditions of the settlement agreement,
17 and I find that the agreement was made in good faith and is a
18 fair resolution of the dispute between the parties.
19    Specifically as to the issue of attorney's fees, I
20 find that the amount prayed for, that's $19,500, is fairly
21 supported by the material attached in support of the prayer
22 for fees. I find that the amount of fees as well as the
23 proposed hourly rate is fair and reasonable and is consistent
24 with a matter of this nature in this community. And,
25 therefore, I will enter an order of final approval.

3

1  You've prepared a proposed order and attached it to
2  an exhibit. Shall I just use this order, or do you have a
3  clean one?
4       MR. GREENE: There are actually kind of two small
5  points that Your Honor needs to decide and then -- because the
6  final order that I submitted kind of gives two different
7  options. One issue is we -- under the settlement agreement,
8  Mr. Levin, the plaintiff, is going to get a thousand dollars.
9  We've asked for an additional 500 hundred dollars for his
10 services as a class representative.
11      THE COURT: I see. And I'm going to award 1500.
12 I'll award the additional 500.
13      MR. SCHULTZ: Can I comment to that, Your Honor?
14      THE COURT: Sure. Lets hear an argument on $500. Go
15 ahead. No, go ahead.
16      MR. SCHULTZ: Either the class will get 6,000 or will
17 get 5500, so it's taking something from the class, and the
18 statute says that what the court can award is a thousand, 69
19 2K.
20      THE COURT: Is that right, Mr. Greene, that I don't
21 have the authority to award in excess of a thousand?
22      MR. GREENE: For his statutory damages.
23      THE COURT: What's the authority, then, for the
24 additional 500 bucks?
25      MR. GREENE: The authority is this is just something

1  that's done, I mean.
2      THE COURT:  Then I will amend what I said a moment
3  ago and award one thousand dollars.
4      What's the other difficulty in the order?
5      MR. GREENE:  259 claim forms were received on a
6  timely basis.  There were 21 that were received after the due
7  date, and we're requesting that those 21 claim forms that were
8  received that were untimely be deemed timely and that they --
9      THE COURT:  Any objection to that?
10     MR. SCHULTZ:  No objection.
11     THE COURT:  I think that's fair and will deem the
12 additional 21 claims to be deemed as having been received in a
13 timely fashion.
14     MR. GREENE:  In light of Your Honor's rulings, maybe
15 what I'll do is just bring a revised order later in the day.
16     THE COURT:  Okay.  Thanks.
17     MR. GREENE:  Thank you.
18     MR. SCHULTZ:  Thank you.
19         *    *    *    *    *    *    *
20              C E R T I F I C A T E
21
22     I hereby certify that the foregoing is a true and
23 correct transcript of the above-entitled matter.
24
25 _____      __10/1/04__
   Official Court Reporter                  Date

# APPENDIX C



## LAFFEY MATRIX 2003-2007

| Experience | 03-04 | 04-05 | 05-06 | 06-07 |
|---|---|---|---|---|
| 20+ years | 380 | 390 | 405 | 425 |
| 11-19 years | 335 | 345 | 360 | 375 |
| 8-10 years | 270 | 280 | 290 | 305 |
| 4-7 years | 220 | 225 | 235 | 245 |
| 1-3 years | 180 | 185 | 195 | 205 |
| Paralegals & Law Clerks | 105 | 110 | 115 | 120 |

Years (Rate for June 1 - May 31, based on prior year's CPI-U)

**Explanatory Notes**

1. This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. See, e.g., 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does not apply in cases in which the hourly rate is limited by statute. See 28 U.S.C. § 2412(d).

2. This matrix is based on the hourly rates allowed by the District Court in Laffey v. Northwest Airlines, Inc., 572 F. Supp. 354 (D.D.C. 1983), aff'd in part, rev'd in part on other grounds, 746 F.2d 4 (D.C. Cir. 1984), cert. denied, 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the "Laffey Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). See Laffey, 572 F. Supp. at 371.

3. The hourly rates approved by the District Court in Laffey were for work done principally in 1981-82. The Matrix begins with those rates. See Laffey, 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $3 of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban Consumers (CPI-U) for Washington-Baltimore, DC-MD-VA-WV, as announced by the Bureau of Labor Statistics for May of each year.

4. Use of an updated Laffey Matrix was implicitly endorsed by the Court of Appeals in Save Our Cumberland Mountains v. Hodel, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated Laffey Matrix prepared by

United States Attorney's Office for the District of Columbia         http://www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_...



the United States Attorney's Office as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. See *Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n. 14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996). Lower federal courts in the District of Columbia have used this updated *Laffey* Matrix when determining whether fee awards under fee-shifting statutes are reasonable. *See, e.g., Blackman v. District of Columbia*, 59 F. Supp. 2d 37, 43 (D.D.C. 1999); *Jefferson v. Milvets System Technology, Inc.*, 986 F. Supp. 6, 11 (D.D.C. 1997); *Ralph Hoar & Associates v. Nat'l Highway Transportation Safety Admin.*, 985 F. Supp. 1, 9-10 n.3 (D.D.C. 1997); *Martini v. Fed. Nat'l Mtg Ass'n*, 977 F. Supp. 482, 485 n.2 (D.D.C. 1997); *Park v. Howard University*, 881 F. Supp. 653, 654 (D.D.C. 1995).

**Last Updated on 04/13/2007**

Department of Justice | USAGov | USA  Privacy Policy  PSN | PSN Grants | www.regulations.gov | DOJ/Kids

# APPENDIX D

SALARY TABLE 2007-DCB
INCORPORATING THE 1.70% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 18.59%
FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-NORTHERN VIRGINIA, DC-MD-PA-VA-WV
(See http://www.opm.gov/oca/07tables/locdef.asp for definitions of locality pay areas.)
(TOTAL INCREASE: 2.64%)

EFFECTIVE JANUARY 2007

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 19,722 | $ 20,380 | $ 21,037 | $ 21,689 | $ 22,345 | $ 22,730 | $ 23,378 | $ 24,031 | $ 24,057 | $ 24,664 |
| 2 | 22,174 | 22,700 | 23,435 | 24,057 | 24,325 | 25,040 | 25,755 | 26,470 | 27,186 | 27,901 |
| 3 | 24,194 | 25,000 | 25,806 | 26,613 | 27,419 | 28,226 | 29,032 | 29,838 | 30,645 | 31,451 |
| 4 | 27,159 | 28,064 | 28,969 | 29,874 | 30,779 | 31,684 | 32,589 | 33,493 | 34,398 | 35,303 |
| 5 | 30,386 | 31,399 | 32,412 | 33,425 | 34,437 | 35,450 | 36,463 | 37,476 | 38,488 | 39,501 |
| 6 | 33,872 | 35,001 | 36,130 | 37,259 | 38,388 | 39,517 | 40,646 | 41,775 | 42,903 | 44,032 |
| 7 | 37,640 | 38,895 | 40,150 | 41,405 | 42,659 | 43,914 | 45,169 | 46,423 | 47,678 | 48,933 |
| 8 | 41,686 | 43,075 | 44,465 | 45,855 | 47,245 | 48,635 | 50,025 | 51,415 | 52,805 | 54,194 |
| 9 | 46,041 | 47,576 | 49,110 | 50,645 | 52,180 | 53,714 | 55,249 | 56,783 | 58,318 | 59,852 |
| 10 | 50,703 | 52,393 | 54,083 | 55,773 | 57,463 | 59,153 | 60,843 | 62,533 | 64,222 | 65,912 |
| 11 | 55,706 | 57,564 | 59,421 | 61,278 | 63,135 | 64,992 | 66,849 | 68,706 | 70,563 | 72,421 |
| 12 | 66,767 | 68,993 | 71,219 | 73,445 | 75,671 | 77,897 | 80,123 | 82,349 | 84,575 | 86,801 |
| 13 | 79,397 | 82,044 | 84,691 | 87,338 | 89,985 | 92,632 | 95,279 | 97,926 | 100,573 | 103,220 |
| 14 | 93,822 | 96,950 | 100,077 | 103,204 | 106,331 | 109,459 | 112,586 | 115,713 | 118,840 | 121,967 |
| 15 | 110,363 | 114,042 | 117,721 | 121,399 | 125,078 | 128,757 | 132,435 | 136,114 | 139,793 | 143,471 |

# APPENDIX E

SALARY TABLE 2007-CHI
INCORPORATING THE 1.70% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 21.79%
FOR THE LOCALITY PAY AREA OF CHICAGO-NAPERVILLE-MICHIGAN CITY, IL-IN-WI
(See http://www.opm.gov/oca/07tables/locdef.asp for definitions of locality pay areas.)
(TOTAL INCREASE: 2.24%)

EFFECTIVE JANUARY 2007

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,254 | $ 20,930 | $ 21,604 | $ 22,274 | $ 22,948 | $ 23,343 | $ 24,008 | $ 24,680 | $ 24,706 | $ 25,330 |
| 2 | 22,772 | 23,313 | 24,067 | 24,706 | 24,982 | 25,716 | 26,450 | 27,185 | 27,919 | 28,654 |
| 3 | 24,846 | 25,675 | 26,503 | 27,331 | 28,159 | 28,987 | 29,815 | 30,644 | 31,472 | 32,300 |
| 4 | 27,892 | 28,822 | 29,751 | 30,680 | 31,609 | 32,539 | 33,468 | 34,397 | 35,326 | 36,256 |
| 5 | 31,206 | 32,246 | 33,286 | 34,327 | 35,367 | 36,407 | 37,447 | 38,487 | 39,527 | 40,567 |
| 6 | 34,786 | 35,945 | 37,105 | 38,264 | 39,423 | 40,583 | 41,742 | 42,902 | 44,061 | 45,221 |
| 7 | 38,656 | 39,945 | 41,233 | 42,522 | 43,810 | 45,099 | 46,387 | 47,676 | 48,964 | 50,253 |
| 8 | 42,810 | 44,238 | 45,665 | 47,093 | 48,520 | 49,947 | 51,375 | 52,802 | 54,229 | 55,657 |
| 9 | 47,284 | 48,860 | 50,436 | 52,012 | 53,588 | 55,164 | 56,740 | 58,315 | 59,891 | 61,467 |
| 10 | 52,071 | 53,807 | 55,542 | 57,278 | 59,013 | 60,749 | 62,484 | 64,220 | 65,955 | 67,691 |
| 11 | 57,210 | 59,117 | 61,024 | 62,931 | 64,839 | 66,746 | 68,653 | 70,560 | 72,467 | 74,375 |
| 12 | 68,569 | 70,855 | 73,141 | 75,427 | 77,713 | 79,999 | 82,285 | 84,571 | 86,857 | 89,143 |
| 13 | 81,540 | 84,258 | 86,976 | 89,695 | 92,413 | 95,131 | 97,850 | 100,568 | 103,286 | 106,005 |
| 14 | 96,354 | 99,566 | 102,777 | 105,989 | 109,201 | 112,412 | 115,624 | 118,835 | 122,047 | 125,259 |
| 15 | 113,341 | 117,119 | 120,897 | 124,675 | 128,453 | 132,231 | 136,009 | 139,787 | 143,565 | 145,400 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

# APPENDIX F

Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St, 18th Floor
Chicago, IL 60603-3403

16621 W 144th Place
Lockport, IL 60441

Date:  4/23/2008

Regarding: TRI-FI, LLC d/b/a TRI-FINANCIAL V. SHARP, VIRGINIA
Invoice No:   00020

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/09/2008 | DAE | research defendant, prepare complaint | 0.50 | $550.00 | $275.00 |
| 2/11/2008 | MRT | review complaint, assn and have MS send out to client for approval | 0.20 | $400.00 | $80.00 |
| 2/18/2008 | MRT | call to client, msg, call back from client, discuss case, facts, calls, get approval for filing complaint | 0.40 | $400.00 | $160.00 |
| 2/19/2008 | JOL | work on complaint; conf dae | 0.30 | $550.00 | $165.00 |
| 2/19/2008 | MS | efiled complaint | 0.30 | $100.00 | $30.00 |
| 2/19/2008 | MS | prepped CCS, summons, appearances | 0.50 | $100.00 | $50.00 |
| 2/19/2008 | MM | assisted MS in preparing the initial pleadings for filing complaint; overview | 0.40 | $100.00 | $40.00 |
| 2/20/2008 | MRT | review fax from client/check credit report re: alleged debt | 0.50 | $400.00 | $200.00 |
| 2/20/2008 | MS | research and call three process servers | 0.40 | $100.00 | $40.00 |
| 2/20/2008 | MS | draft cover letter to process server | 0.20 | $100.00 | $20.00 |
| 2/20/2008 | MS | search Lexis for D's address for serving purposes | 0.20 | $100.00 | $20.00 |
| 2/25/2008 | MRT | call from atty in buffalo NY, representing D | 0.30 | $400.00 | $120.00 |
| 2/26/2008 | MRT | fax from oc/review and resp via email | 0.30 | $400.00 | $120.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:    2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/28/2008 | MRT | further email exchange w/oc, fax demand per request, msg from oc, email client/resp | 0.50 | $400.00 | $200.00 |
| 2/28/2008 | MRT | email from D/oc, re-review credit report, respond to atty | 0.40 | $400.00 | $160.00 |
| 2/29/2008 | MRT | return call to oc | 0.30 | $400.00 | $120.00 |
| 2/29/2008 | MRT | exch emails to client, fwd email from court to oc | 0.20 | $400.00 | $80.00 |
| 3/05/2008 | MRT | rec fax from oc, email to client re: offer & proposed response, review response from client | 0.40 | $400.00 | $160.00 |
| 3/06/2008 | MRT | letter to oc in resp re: settlement, email to client w/copy of same.  email from oc/resp. | 0.70 | $400.00 | $280.00 |
| 3/10/2008 | MS | call to process server re: returning affidavit but not summons | 0.10 | $100.00 | $10.00 |
| 3/19/2008 | MRT | email from oc/resp | 0.10 | $400.00 | $40.00 |
| 3/19/2008 | MRT | draft letter in resp to oc.  fwd copy to client, check back to prior reps from D, and info on credit report | 0.40 | $400.00 | $160.00 |
| 3/19/2008 | MRT | email client | 0.10 | $400.00 | $40.00 |
| 3/20/2008 | MRT | email from client/respond | 0.30 | $400.00 | $120.00 |
| 3/20/2008 | MRT | addl email from D's atty | 0.10 | $400.00 | $40.00 |
| 3/20/2008 | MRT | addl email from oc | 0.10 | $400.00 | $40.00 |
| 3/21/2008 | MRT | draft initial status report | 0.50 | $400.00 | $200.00 |
| 3/21/2008 | MRT | review letter from oc/email to client | 0.30 | $400.00 | $120.00 |
| 3/24/2008 | MRT | email from client/respond, letter to oc, fax | 0.40 | $400.00 | $160.00 |
| 3/24/2008 | MRT | addl resp to oc emails | 0.40 | $400.00 | $160.00 |
| 3/25/2008 | MRT | email from oc | 0.10 | $400.00 | $40.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:    3

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/25/2008 | MRT | email to client, resp to oc, send fee stmts | 0.40 | $400.00 | $160.00 |
| 3/25/2008 | MRT | addl response, reply to oc. adv client | 0.30 | $400.00 | $120.00 |
| 3/26/2008 | MRT | continued email exch w/oc, also w/client | 0.40 | $400.00 | $160.00 |
| 3/26/2008 | MRT | update dae on status, rec resp from client & email oc | 0.20 | $400.00 | $80.00 |
| 3/26/2008 | MRT | file status report/have MSserve | 0.30 | $400.00 | $120.00 |
| 3/31/2008 | MRT | respond to repeated emails of oc | 0.50 | $400.00 | $200.00 |
| 3/31/2008 | MRT | resp to oc re: settlement | 0.20 | $400.00 | $80.00 |
| 4/01/2008 | MRT | resp to last email of oc | 0.40 | $400.00 | $160.00 |
| 4/01/2008 | MRT | email dae re: threats of oc | 0.20 | $400.00 | $80.00 |
| 4/01/2008 | MRT | emails to client to update | 0.30 | $400.00 | $120.00 |
| 4/02/2008 | MRT | email from oc, email to client | 0.20 | $400.00 | $80.00 |
| 4/02/2008 | MRT | draft release, draft stip of dismissal, email to clerk, send drafts to oc | 0.50 | $400.00 | $200.00 |
| 4/03/2008 | MRT | addl emails from oc | 0.20 | $400.00 | $80.00 |
| 4/03/2008 | MRT | resp to client | 0.20 | $400.00 | $80.00 |
| 4/03/2008 | MRT | 2 emails to defendant atty | 0.50 | $400.00 | $200.00 |
| 4/04/2008 | MRT | edit agr/resend to oc | 0.30 | $400.00 | $120.00 |
| 4/04/2008 | MRT | send correct agr to oc, email to client w/agr | 0.30 | $400.00 | $120.00 |
| 4/07/2008 | MRT | emails from client, scan in agreement, email to oc | 0.30 | $400.00 | $120.00 |
| 4/08/2008 | MRT | respond to addl email frrom oc | 0.50 | $400.00 | $200.00 |
| 4/08/2008 | MRT | adv dae re: status, email client re: signature page, rec response, respond again | 0.40 | $400.00 | $160.00 |
| 4/08/2008 | MRT | letter/fax oc re: agreement/dismissal | 0.30 | $400.00 | $120.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:    4

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/08/2008 | MRT | email from oc. call from clerk/return call | 0.40 | $400.00 | $160.00 |
| 4/09/2008 | MRT | call to clerk, repeated emails to oc/client, fwd order | 0.30 | $400.00 | $120.00 |
| 4/10/2008 | MRT | addl emails from atty for D | 0.20 | $400.00 | $80.00 |
| 4/10/2008 | MRT | letter to oc w/agr | 0.20 | $400.00 | $80.00 |
| 4/10/2008 | MS | faxed agreement to D's atty, research using DHL, prepared shipment to overnight agreement to D's atty | 0.50 | $100.00 | $50.00 |
| 4/11/2008 | MS | logged agreement and minute entry | 0.10 | $100.00 | $10.00 |
| 4/17/2008 | MRT | email to client/update re: info | 0.20 | $400.00 | $80.00 |
| 4/17/2008 | MRT | prepare for status/appear on status, prepare court report | 1.20 | $400.00 | $480.00 |
| 4/18/2008 | MRT | review information from client intake for dates/details of calls, rev emails from client re: same, compile info for preparing motion | 1.00 | $400.00 | $400.00 |
| 4/18/2008 | MRT | draft affidavit for client to use in mtn for default. addl email to client re: same | 0.80 | $400.00 | $320.00 |
| 4/18/2008 | MS | logged CASR | 0.10 | $100.00 | $10.00 |
| 4/21/2008 | MRT | edits to Aff, have dae review for proposed changes, make minor edits, email to client | 0.80 | $400.00 | $320.00 |
| 4/21/2008 | MRT | have aff sent to client for signature/email client | 0.20 | $400.00 | $80.00 |
| 4/21/2008 | MRT | draft motion for entry of default, go through emails/file for dates and other supporting information/documents | 3.00 | $400.00 | $1,200.00 |
| 4/21/2008 | MS | logged minute entry | 0.10 | $100.00 | $10.00 |
| 4/22/2008 | CMC | work on mot for default | 0.30 | $550.00 | $165.00 |
| 4/22/2008 | MRT | continue drafting motion for default | 1.20 | $400.00 | $480.00 |
| 4/23/2008 | MRT | review file/emails for exhibits to motion, compile exhibits to be used, meet/disc | 1.20 | $400.00 | $480.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   5

|  |  | w/MS re: prep of exhibits and motion for filing |  |  |  |
| --- | --- | --- | --- | --- | --- |
| 4/23/2008 | MRT | edits to default motion | 0.50 | $400.00 | $200.00 |
| 4/23/2008 | MRT | email to client re: filing default motion | 0.10 | $400.00 | $40.00 |
|  |  |  |  | Total Fees | $10,975.00 |

**Expenses**

| Start Date | Description | Charges |
| --- | --- | --- |
| 2/11/2008 | Copy | $2.00 |
| 2/11/2008 | Postage | $0.58 |
| 2/19/2008 | Filing Fee | $350.00 |
| 2/20/2008 | Postage | $0.41 |
| 2/20/2008 | Postage | $0.75 |
| 2/20/2008 | Copy | $2.00 |
| 2/20/2008 | Copy | $0.25 |
| 2/20/2008 | Copy | $0.50 |
| 2/20/2008 | Copy | $2.25 |
| 2/20/2008 | Process server fee | $28.00 |
| 2/28/2008 | Fax | $1.00 |
| 2/29/2008 | Legal research cost | $0.00 |
| 3/03/2008 | Copy | $0.75 |
| 3/06/2008 | Postage | $0.00 |
| 3/19/2008 | Copy | $1.00 |
| 3/19/2008 | Fax | $3.00 |
| 3/19/2008 | Postage | $0.00 |
| 3/24/2008 | Copy | $0.50 |

Edelman, Combs, Latturner & Goodwin LLC
Page No.:    6

| Date | Description | Amount |
|---|---|---|
| 3/24/2008 | Fax | $2.00 |
| 3/24/2008 | Postage | $0.00 |
| 3/25/2008 | Copy | $0.50 |
| 3/26/2008 | Postage | $0.00 |
| 3/26/2008 | Copy | $3.25 |
| 3/27/2008 | Copy | $1.50 |
| 3/28/2008 | Copy | $0.50 |
| 4/10/2008 | Copy | $1.50 |
| 4/10/2008 | Copy | $1.75 |
| 4/10/2008 | Copy | $0.50 |

Total Expenses    $404.49

Total New Charges    $11,379.49

**Staff Summary**

| Name | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Cathleen M. Combs | Partner | 0.30 | $550.00 | $165.00 |
| Daniel A. Edelman | Partner | 0.50 | $550.00 | $275.00 |
| James O. Latturner | Partner | 0.30 | $550.00 | $165.00 |
| Mihaela Muresan | Paralegal | 0.40 | $100.00 | $40.00 |
| Michelle R. Teggelaar | Partner | 25.20 | $400.00 | $10,080.00 |
| Megan Stewart | Paralegal | 2.50 | $100.00 | $250.00 |

Tot Hrs:  29.20