## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VIRGINIA SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1002 |
| vs. | ) | |
| | ) | Judge St. Eve |
| TRI-FI, LLC d/b/a TRI-FINANCIAL , | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**    Tri-Fi, LLC
           286 Schenck St., Suite A
           North Tonawanda, NY  14120

**PLEASE TAKE NOTICE** that on **Thursday, May 1, 2008, at 8:30 a.m.**, the undersigned shall appear before the Honorable Amy J. St. Eve in Room 1241 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Plaintiff's Motion for Entry of Default Judgment and Award of Damages**.

s/Michelle R. Teggelaar

Daniel A. Edelman (dedelman@edcombs.com)
Michelle R. Teggelaar (mteggelaar@edcombs.com)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL  60604
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michelle R. Teggelaar, hereby certify that on **April 23, 2008**, this notice and the document referred to therein were filed electronically and were served upon the above referenced party by regular and certified U.S. Mail.

s/Michelle R. Teggelaar