# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Virginia Sharp

                      Plaintiff,

v.                                            Case No.: 1:08−cv−01002
                                                 Honorable Amy J. St. Eve

Tri−Fi, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Plaintiff's oral motion to dismiss case without prejudice is granted. Oral motion to withdraw motion for default is granted MOTION by Plaintiff Virginia Sharp for default judgment as to Tri−Fi, LLC [15] is withdrawn. Status hearing held on 5/1/2008; Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.